922

petitioner. *Ivan A. Elliott,* Attorney General of Illinois, for respondents. *Robert R. Canfield* filed a brief for Winnebago County, as *amicus curiae,* supporting respondents. ▮

No. 246, Misc.   KELLY *v.* DISTRICT COMMANDANT, U. S. NAVY, ET AL.   C. A. 2d Cir.   Certiorari denied. *D. George Paston* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondents. ▮

No. 261, Misc.   JAMES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 264, Misc.   JONES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 265, Misc.   KINNEY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. ▮

No. 276, Misc.   MOSS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. ▮

No. 278, Misc.   HOLT *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. ▮

No. 302, Misc.   CLARK *v.* ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA.   C. A. 5th Cir.   Certiorari denied. *Robert Wilson Smith, Jr.* and *Hosea Alexander Stephens* for petitioner. *Harry L. Greene* for respondent.